THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ERNEST MOORE (Impleaded), Defendant-Appellant.

(No. 57004;

First District (5th Division)—March 30, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Elliott M. Samuels, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane, Russell Hartigan, and Ronald Neville, Assistant State's Attorneys, of counsel,) for the People.